# United States District Court
## Violation Notice

CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6939197 | YOUNG | 1074 |

6939197

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 07/25/2017 7:05am | 41 CFR 102-74.430(f) |

Place of Offense: CALEXICO PORT OF ENTRY

Offense Description: Factual Basis for Charge — HAZMAT ☐

41 CFR 102-74.430(f) PARKING IN UNAUTHORIZED LOCATION

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| FONSECA | DANIEL | |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8Y00717 | CA | 10 | TOYOTA TACOMA | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 130 Total Collateral Due

### YOUR COURT DATE

Court Address: 221 W. BROADWAY, SAN DIEGO, CA 92101
Date: TBD
Time: TBD

X Defendant Signature: NOT AVAILABLE

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 25, 20 17 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

PLEASE SEE ATTACHED PC STATEMENT.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/25/2017   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN AUG 16, 2017 09:55